**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

BARBARA GIBBS,

Plaintiff(s),

-v- **Case no. 5:25-cv-00817-JSM-PRL**

SAMSUNG ELECTRONICS AMERICA INC.,

Defendant(s),

**MEDIATION REPORT**

In accordance with the Court's mediation order(s), a mediation conference was held on October 16, 2026, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

__X__ All individual parties and their respective trial counsel.
_____ Designated corporate representatives.
_____ Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered.

_______________________________________________

c) The outcome of the mediation conference was:

_____ The case has been completely settled. In accordance with Local Rule e9.06(b), lead counsel will promptly notify the Court of settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____ The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_______________________________________________

_____ The conference was adjourned after several hours with the consent of all parties for a period of up to fourteen (14) days. A supplemental mediation report will be provided following further conference with the parties to determine if the matter can be fully resolved or if the mediation will be declared an impasse.

__X__ The parties have reached an impasse.

**Done this** 16th day of October, 2026, via virtual mediation on Zoom.

Respectfully Submitted:
/s/ ALEXANDRA LAGOS
Alexandra Lagos
Mediator Number: 41552 R
Alvarez Dispute Resolution
Florida Supreme Court Certified Circuit Civil Mediator
Florida Supreme Court Qualified Arbitrator
701 Brickell Avenue, Suite 1550, Miami, FL 33131
Telephone: 305-503-4077
Email: alagos@alvarezdisputeresolution.com